# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 22−51471−cag

Chapter No.: 7

Judge: Craig A Gargotta

IN RE: **H.R. Brun & Company, Inc.** , Debtor(s)

## NOTICE OF STATUS HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at S.A. Courtroom 3, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **5/28/24 at 01:30 PM**

STATUS HEARING to Consider and Act Upon the Following: (Related Document(s): 63 Motion to Compel Rejection of Joint Venture Agreement (21 Day Objection Language) filed by Amanda L. Cottrell, Eric Terry, Tom A Howley for Petitioning Creditor J&J Maintenance, Inc. Status Hearing Set For 5/28/2024 at 01:30 PM at SA Courtroom 3 (Elizondo, Lisa)

Dated: 5/8/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Status Hearing Notice (BK)]** [NtcsthrgBKap]